UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRENE ALEMAN, | ) | Case No.: 1:20-cv-06925 |
| | ) | |
| Plaintiff, | ) | Honorable: Steven C. Seeger |
| | ) | |
| v. | ) | Magistrate Judge Beth W. Jantz |
| | ) | |
| MCDONALD'S CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME both parties through undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to a voluntary dismissal with prejudice in the above-captioned matter, with each party to bear their own costs and attorneys' fees.

Dated this 16th day of December 2021.      Respectfully Submitted,

/s/ Gary Martoccio
Gary Martoccio
ARDC No. 6313431
Spielberger Law Group
4890 W. Kennedy Blvd., Suite 950
Tampa, FL 33609
T: 800.965.1570
F: 866.580.7499
gary.martocio@spielbergerlawgroup.com
*Attorney for Plaintiff*

/s/ Nigel F. Telman
Nigel F. Telman
PROSKAUER ROSE LLP
70 W. Madison, Suite 3800
Chicago, IL 60602
T: 312.962.3548
F: 312.962.3551
ntelman@proskauer.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I, Gary Martoccio, hereby certify that on this day, December 16, 2021, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Nigel F. Telman
PROSKAUER ROSE LLP
70 W. Madison, Suite 3800
Chicago, IL 60602
T: 312.962.3548
F: 312.962.3551
ntelman@proskauer.com
*Attorney for Defendant*

/s/ Gary Martoccio
Gary Martoccio